```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.                    Crim. No. 6:10CR60014-001

ELENA KAY RAMIREZ                                           DEFENDANT

### **O R D E R**

On this 28th day of December 2010, there comes on for consideration the report and recommendation filed in this case on December 15, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 79).

The trial of this matter is scheduled to begin March 2, 2011. Defendant filed her Motion to Suppress on November 10, 2010. (Doc. 71). The Government filed a response to this Motion on November 17, 2010. (Doc. 72). Judge Bryant held a hearing on this Motion on December 2, 2010. The Government filed a summary brief on December 7, 2010, (Doc. 77), and Defendant filed a brief in support on December 9, 2010. (Doc. 78). Judge Bryant filed this report and recommendation on December 15, 2010. Defendant filed written objections on December 23, 2010. (Doc. 80).

The Court has reviewed this case *de novo* and, being well and sufficiently, advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Suppress (Doc. 71) is

DENIED.

    **IT IS SO ORDERED.**

                                              */s/ Robert T. Dawson*
                                              Honorable Robert T. Dawson
                                              United States District Judge